(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _Augustus Hebrew Evans Jr. #191247_
    (Name of Plaintiff)    (Inmate Number)

_H.R.Y.C.I. P.O. Box 9561_
_Wilm DE 19809_
(Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Cindy Wright, Deborah McGuire_
(2) _Thomas Zaun, Ethel Stevenson_
(3) _LT. Mike Costello, Mike Deloy,_
    _Sulia Lewis_ (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 656
(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

"JUDGE"

Trial Requested

FILED
OCT 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _Evans v. Hennessy, 934 F.Supp. 127 (1996) JJF_
   _Evans v. Carl, et al, 07-559 JJF "Lewis"_
   _Evans v. McMillan, et al 07-591 JJF "Burris"_

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes · · No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes · · No

C. If your answer to "B" is Yes:

1. What steps did you take? _I wrote Grievances and Everyone involved in Acc__ to their job function!_

2. What was the result? _No one wanted to call the Prothonotary to verify the sentencing order of Attorneys that my brother in law mailed to the V.O.P. in Georgetown_

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _Rebecca McBride_
Employed as _Records Supervisor_ at _DCC 1181 Paddock RD_
Mailing address with zip code: _Delaware Correctional Center_
_1181 Paddock Rd Smyrna DE 19977_

(2) Name of second defendant: _Cindy Wright_
Employed as _Records Assistant_ at _DCC 1181 Paddock RD_
Mailing address with zip code: _Delaware Correctional Center_
_1181 Paddock Rd Smyrna DE 19977_

(3) Name of third defendant: _Evelyn Stevenson_
Employed as _Counselor Supervisor_ at _DCC 1181 Paddock RD_
Mailing address with zip code: _Delaware Correctional Center_
_1181 Paddock Rd Smyrna DE 19977_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)
_See Attached!_

2

III Defendants:

Thomas Zawada,
Counselor, at.. D.C.C. 1181 Paddock RD
Delaware Correctional Center
1181 Paddock RD Smyrna DE 19977

Mike Costello,
LT Costello at.. Sussex Violation Probation Unit
~~Sussex~~ Sussex Violation Probation Unit
P.O. Box 500 Georgetown DE 19947

Mike Records,
Records Supervisor at. Central Violation Probation Unit
Central Violation Probation Unit
1181 Paddock RD, Smyrna DE 19977

Sandra Lewis
Transfer Officer, at D.C.C. 1181 Paddock RD
Delaware Correctional Center 1181 Paddock
Smyrna DE 19977

IV. STATEMENT OF CLAIM

    (State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. *"SEE ATTACHED"*

2. 

3. 

V. **RELIEF**

    (State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. *"SEE ATTACHED"*

3

2. "SEE ATTACHED"

3. "SEE ATTACHED"

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of OCT, 2007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

IV

STATEMENT OF CLAIM:

1. EVANS CLAIMS: Prison officials were obligated to investigate and resolve allegations made by a prisoner that:
   1. Level 4 sentences run concurrent
   2. That prisoner is being unlawfully held in violation of his Due Process liberty protected interests

STATEMENT OF THE FACTS:
On July 6, 05 Evans was sentenced to 29 days at Level 4 V.O.P. in CRA # 92K014730I

Evans stated to the prison officials that the court had given him credit for time served and that
1. All Level 4 sentences run concurrent where

On July 7, 05 Evans was sentenced to 30 days Level 4 V.O.P. by another Judge in a different court and Evans:
1) Made the prison officials aware when on July 9 he received a status sheet that reflected the wrong release date:
His release date reflected August 28, 05 and it should've been July 17, 05

EVANS STATES:

Prison officials were obligated to engage an inquiry as to the nature of the sentence imposed by the courts when, especially when a prisoner raises issues amounting to deprivations that intrude upon liberty protected interests that may cause unauthorized periods of incarceration.

<u>U.S.C.A. Const. Amend. 14</u>

Evans while at the Delaware Correctional Center wrote the following officials "Defendants" in their capacities:

1. Rebecca McBride, Records Supervisor
2. Cindy Wright, Records Deputy Assistant
3. Evelyn Stevenson, Counselor Supervisor
4. Counselor Thomas Davis, Counselor
5. South Lewis, Transfer Officer

Evans wrote and intellectually informed as to the allegations into the miscalculation of the sentence and the constitutionality of having the sentence corrected before a violation followed in my behalf held behind the July 17, 05 release date.

Who also called the court to verify, and Evans was held 26 days behind the imposed sentence.

Evans was released on August 12, 05 after

1) he called the court "after finally getting a legal call", and explained to the court how the prison had miscalculated the sentence, and the court

    a) issued an order of immediate release on August 12, 05 — "26 days beyond the intended sentence"

2) Evans made prison officials aware of the fact that his father in-law worked at the level 4 V.C.P. in Georgetown and that Evans was in fear for his safety and can not be sent to that facility but on:

July 29, 05 Evans was sent to the facility and on August 1, 05 Evans was assaulted by 5 inmates causing severe pain and discomfort to Evans' neck, wrist, etc., hip, back and leg.

Evans wrote:
1) Transfer officer: Scott Davis.
2) Counselor Supervisor: Debby Stevenson
3) Counselor - Thomas Zavon.

All to no avail.

Page #4 of 6

Evans having been transferred to the V.O.P. unit in Georgetown DE on or about the 29th day of July, 05 immediately.

1. Spoke with LT. Mike Costello
2. LT. Robert Ball
3. C/O Marsh

4. And Evans wrote the Deputy A.G.

1) Evans speaking with LT. Mike Costello, made him aware of the sentencing miscalculation and the
   a). on computer, looked up my sentence and stated, "You will be released when you get released and as for your head, "Be a man and suck it up"." "July 29, 05"

2) Evans was assaulted on July 30, 05 by 5 inmates.
   1) LT. Mike Costello witnessed part of the assault

   3) Evans was transferred on the 1st day of August 05 to the central V.O.P. unit where,

      1. Evans spoke with Mike Debuis, as to his sentence and Mike Debuis stated "my sentence was correct and he will not call the court" He sent me back to my area without discussion

Evans on the 8th day of August, 05 was finally given a legal call and Evans called the Kent County Court whom stated:

"I was correct in my audit of the sentence and the level of minutiae is conclusive and that I should've been released on the 17th day of July 05"

1) An order was sent and I was release August 12, 05 and not August 28, 05.

"Evans was held 26 days beyond the scope of the sentences imposed"

"Evans claims his 14 Amendment was violated"

II Relief

1) For the 14th Amendment claim of the Due Process violation Evans seeks
2) $1500.00 for each day he was held illegally Thirty nine Thousand Dollars

2) For the Assault and the 8th Amendment subjected to cruel and unusual Punishment
2) $50,000 - Fifty Thousand Dollars

3) For Punitive Damages Evans Requests

PAGE 6 OF 6

$100,000 — ONE HUNDRED THOUSAND DOLLARS

4) ANY DECLARATORY DAMAGES DEEMED APPROPRIATE BY THE COURT.

5) ATTORNEY FEES. EVANS SETS THE SUM TO BE CALCULATED AT $60.00 PER HOUR, WITH EVANS GIVING AT LEAST 25 HRS PER WEEK ON THIS CASE IN STUDY. TOTALLY $1500.00 WEEKLY STARTING ON OCT. 14, 07

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED THIS 17 DAY OF OCT. 07

_____

