IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUGUSTUS H. EVANS, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-656-JJF |
| CINDY WRIGHT, DCC RECORDS REBECCA MCBRIDE, THOMAS ZANDA, EVELYN STEVENSON, LT. MICHAEL CASTELLO, MIKE RECORDS, and SONYA LEWIS, | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile. See Alston v. Parker, 363 F.3d 229 (3d Cir. 2004); Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

*[signature]*
UNITED STATES DISTRICT JUDGE